THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DAVID FLAHERTY, Appellant.

Submitted October 4, 1954; decided October 7, 1954.

*Edward S. Silver*, District Attorney (*William I. Siegel* of counsel), for motion.

*David Flaherty*, defendant in person, opposed.

Motion granted and appeal dismissed upon the ground that the order is not a final determination within the meaning of the Constitution.